AO 245A  (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

EGINARDO De ANGELIS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   08-10346-002-MLW

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

/s/ Mark L. Wolf
Signature of Judicial Officer

Chief Judge, U.S. District Court
Name and Title of Judicial Officer
July 12, 2010
Date